## Mangan *v.* Pittsburgh et al., Appellants.

Submitted September 29, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Robert E. Dauer,* Assistant City Solicitor, and *Marion K. Finkelhor,* City Solicitor, for appellants.

*Stanford A. Segal,* and *Gatz, Cohen & O'Brien,* for appellee.

OPINION PER CURIAM, November 11, 1969:

Judgment affirmed.